[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1243.]

GUM, APPELLANT, *v*. CLEVELAND ELECTRIC ILLUMINATING COMPANY, APPELLEE.

[Cite as *Gum v. Cleveland Elec. Illum. Co.*, 1998-Ohio-348.]

*Appeal dismissed as improvidently allowed—Court of appeals' opinion ordered not to be published in the Ohio Official Reports.*

(No. 97-654—Submitted February 18, 1998—Decided April 1, 1998.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 70833.

———————————

*Lancione & Simon P.L.L., John G. Lancione* and *John A. Lancione*, for appellant.

*Calfee, Halter & Griswold L.L.P.* and *Mark I. Wallach; Gregory A. Cada* and *George R. Hicks, Jr.*, for appellee.

———————————

{¶ 1} This cause is dismissed, *sua sponte*, as having been improvidently allowed.

{¶ 2} The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se*.

MOYER, C.J., RESNICK, F.E. SWEENEY, T. BRYANT and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.

THOMAS F. BRYANT, J., of the Third Appellate District, sitting for COOK, J.

———————————